# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:16-cv-01917-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

Plaintiff Donald Jackson ("Plaintiff") filed the complaint in this action appealing the denial of Social Security benefits on December 23, 2016. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application was not adequately completed. Plaintiff did not answer the question whether he receives any gifts or inheritance. Further, Plaintiff states that his brother pays the bills with the inheritance his father left for his brother, which would indicate that Plaintiff may have received an inheritance for his future support.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff must disclose if he is receiving an inheritance and the amount that he receives. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

///

1

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **December 28, 2016**

UNITED STATES MAGISTRATE JUDGE