# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.  1:16-cv-01917-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT AND DIRECTING CLERK OF THE COURT TO ISSUE SUMMONSES<br><br>(ECF No. 2) |

Plaintiff Donald Jackson filed a complaint in this action challenging the Commissioner of Social Security's denial of his application for benefits.  Along with his application, Plaintiff filed an application to proceed without prepayment of fees which the Court found was not adequately completed.  An order issued requiring Plaintiff to submit a long form application to proceed without prepayment of fees or pay the filing fee within twenty days of December 28, 2016.  Plaintiff did not submit a long form application, but paid the filing fee on January 17, 2017.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application, filed December 23, 2016, is DENIED as moot; and
2. The Clerk of the Court is DIRECTED to issue the summonses in this action.

IT IS SO ORDERED.

Dated:  **January 18, 2017**

UNITED STATES MAGISTRATE JUDGE

1