# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-01917-SAB<br><br>ORDER RE CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION<br><br>FIVE DAY DEADLINE |

On December 23, 2016, Plaintiff Donald Jackson ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On January 18, 2017, initial case documents issued, including the order re consent. Plaintiff consented to the jurisdiction of the magistrate judge on March 23, 2017. Although Plaintiff has consented to the jurisdiction of the magistrate judge, Defendant did not return the form indicating whether or not she is willing to consent to the jurisdiction of the magistrate judge.

Accordingly, IT IS HEREBY ORDERED that:

1. Within five (5) days from the date of service of this order, Defendant may complete and return the Consent to Assignment or Request for Reassignment form;

1

2. If Defendant does not return the Consent to Assignment or Request for Reassignment form in compliance with this order, this action will be assigned to a district judge for issuance of findings and recommendations; and

3. Defendant is advised that she is free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

IT IS SO ORDERED.

Dated: __**November 14, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE