# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:16-cv-01917-SAB<br><br>ORDER VACATING NOVEMBER 15, 2017 ORDER<br><br>(ECF No. 19) |

On November 15, 2017, an order issued requiring Defendant to consent or decline magistrate judge jurisdiction. However upon further review of the record, the Court notes that Defendant consented to magistrate judge jurisdiction on February 8, 2017. Accordingly, the order filed November 15, 2017, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **November 17, 2017**

UNITED STATES MAGISTRATE JUDGE